1
2
3
4
5

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign automobile insurance company,<br><br>Plaintiff,<br><br>v.<br><br>MINDY SUE ROSS, individually and as Personal Representative of the ESTATE OF T.S., deceased; BRUCE TYAU and JANE DOE TYAU, individually and the marital community composed thereof;<br><br>Defendants. | No. 2:20-cv-1640-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### I. STIPULATION

Plaintiff United Financial Casualty Company and Defendant Mindy Sue Ross, individually and as Personal Representative of Estate of T.S. by and through their attorneys of record, hereby agree and stipulate that all remaining claims in the current action should be dismissed with prejudice and without fees or costs to any party.

\\

\\

STIPULATION AND ORDER OF DISMISSAL– 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  \\

2  DATED this 22nd day of September, 2021.

LETHER LAW GROUP

*/s/ Thomas Lether*
*/s/ Eric J. Neal*
Thomas Lether, WSBA No. 18089
Eric J. Neal, WSBA No. 31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Counsel for Plaintiff United Financial Casualty Company*

DAVIS LAW GROUP, P.S.

*/s/ Christopher M. Davis*
*/s/ Colin Hutchinson-Flaming*
Christopher M. Davis, WSBA #23234
Colin Hutchinson-Flaming, WSBA #45294
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121
(206)-727-4000
chris@davislawgroupseattle.com
colin@davislawgroupseattle.com
*Counsel for Mindy Sue Ross and the Estate of T.S.*

## ORDER

This matter having come on duly and regularly before the undersigned Judge of the above-captioned court pursuant to the foregoing stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that all remaining claims in the action are hereby dismissed without prejudice and without fees or costs to any party.

Dated this 23rd day of September, 2021.

*[signature]*
Honorable Robert S. Lasnik
Judge, U.S. District Court